# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

JAMON DEMETRIUS JACKSON, )
)
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 5:19-cv-132 (MTT)
)
GREGORY DOZIER, *et al.*, )
)
)
Defendants. )
)

## ORDER

United States Magistrate Judge Thomas Q. Langstaff has conducted a preliminary screening of the Plaintiff's complaint and allowed the Plaintiff's Fourth Amendment claim against Defendant Joan Heath regarding routine visual body cavity searches to proceed for further development. Doc. 35 at 1. The Magistrate Judge recommends dismissing all other claims without prejudice for failure to state a claim and denying the Plaintiff's motions for summary judgment and for injunctive relief. *Id*. at 20, 21-24.

After the Recommendation was entered, the Plaintiff filed his fourth motion to proceed in forma pauperis (IFP) and a motion to schedule a conference. The Plaintiff is already proceeding IFP (*see* Doc. 12), so the fourth motion to proceed IFP (Doc. 39) is **DENIED** as moot. The Plaintiff's motion to schedule a conference does not identify any basis for scheduling a conference, so that motion (Doc. 40) is **DENIED**.

The Plaintiff has not objected to the Magistrate Judge's Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear

error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 35) is **ADOPTED** and made the Order of the Court.  Accordingly, all claims except the claim against Defendant Heath for visual cavity searches are **DISMISSED** without prejudice, the three motions for injunctive relief (Docs. 21; 23; 29) are **DENIED**, and the motion for summary judgment (Doc. 30) is **DENIED**.

The only remaining claim in this lawsuit is against Defendant Heath for routine visual cavity searches in violation of the Fourth Amendment.

**SO ORDERED**, this 9th day of December, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT